# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

NAZARIO BURGOS,                              :   No. 83 EM 2019
                                             :
              Petitioner                     :
                                             :
                                             :
                                             :
         v.                                  :
                                             :
                                             :
                                             :
COURT OF COMMON PLEAS,                        :
                                             :
              Respondent                     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of October, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.